14 A.3d 821

**GERMANTOWN CAB CO., Respondent**

v.

**PHILADELPHIA PARKING AUTHORITY, Petitioner.**

Sawink, Inc., Respondent

v.

Philadelphia Parking Authority, Petitioner.

Germantown Cab Co., Respondent

v.

Philadelphia Parking Authority, Petitioner.

Supreme Court of Pennsylvania.

· Feb. 23, 2011.

## *ORDER*

PER CURIAM.

AND NOW, this 23rd day of February, 2011, the Petitions for Allowance of Appeal are **GRANTED.** The issue, as stated by Petitioner, is:

Did the Legislature exempt the Philadelphia Parking Authority from complying with the statewide rulemaking procedures contained in the Commonwealth Documents Law (45 P.S. §§ 1102, 1201 to 1208) because the Authority is a hybrid agency with a unique rulemaking procedure?